UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK HITSMAN et al.,

        Plaintiffs,

v.

UNITED MERCHANT
ASSET RECOVERY, LLC et al.,

        Defendants.
_____/

Case No. 1:19-cv-82

HON. JANET T. NEFF

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs dismiss this lawsuit as to all defendants.

Dated: February 27, 2019

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiffs
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com